IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT BOSCH TOOL CORPORATION,<br><br>                                 Plaintiff,<br><br>      v.<br><br>SAWSTOP, LLC,<br><br>                                Defendant. | Civil Action No. 1:16-cv-04935<br><br>Honorable Andrea R. Wood |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Robert Bosch Tool Corporation ("Bosch") and defendant SawStop, LLC ("SawStop"), by and through their attorneys, hereby stipulate and agree that:

(1) all claims, counterclaims, and defenses asserted, or that could have been asserted, in this case related to U.S. Patent Nos. 8,096,519 and/or 8,602,378 (the "Asserted Patents") are dismissed without prejudice;

(2) each party shall bear its own attorneys' fees and costs in connection with this action;

(3) Bosch will not seek and hereby waives any and all monetary recovery in any subsequent litigation in which Bosch accuses SawStop of infringing the Asserted Patents, such as monetary damages under 35 U.S.C. § 284, attorney fees, and costs, but Bosch reserves the right to seek non-monetary relief; and

(4) SawStop agrees that neither this dismissal, nor any time that passes between this dismissal and the commencement of any subsequent litigation concerning alleged infringement of the Asserted Patents, shall constitute, in whole or in part, grounds for denying relief.

**STIPULATED AND AGREED TO:**
Dated: April 5, 2017

| | |
|---|---|
| */s/    Mark A. Hannemann* <br> P. Stephen Fardy, #6230900 <br> Jonna McGinley Reilly, #6288407 <br> SWANSON, MARTIN & BELL, LLP <br> 330 North Wabash, Suite 3300 <br> Chicago, Illinois 60611 <br> Tel: (312) 321-9100 <br> Fax: (312) 321-0990 <br> Email: sfardy@smbtrials.com <br>             jreilly@smbtrials.com <br><br> Mark A. Hannemann (*pro hac vice*) <br> Patrick R. Colsher (*pro hac vice*) <br> Eric S. Lucas (*pro hac vice*) <br> SHEARMAN & STERLING LLP <br> 599 Lexington Avenue <br> New York, New York 10022 <br> Tel:  (212) 848-4000 <br> Email: mark.hannemann@shearman.com <br>             patrick.colsher@shearman.com <br>             eric.lucas@shearman.com <br><br> *Counsel for plaintiff Robert Bosch Tool Corporation* | */s/    Paul F. Brinkman* <br> David A. Nelson, Atty. No. 6209623 <br> Kenneth K. Suh, Atty. No. 6319520 <br> Quinn Emanuel Urquhart & Sullivan, LLP <br> 500 West Madison St., Ste. 2450 <br> Chicago, IL 60661 <br> Tel: (312) 705-7400 <br> Fax: (312) 705-7401 <br> davenelson@quinnemanuel.com <br> kennethsuh@quinnemanuel.com <br><br> Paul F. Brinkman, *pro hac vice* <br> Jared W. Newton, *pro hac vice* <br> Quinn Emanuel Urquhart & Sullivan, LLP <br> 777 6th Street, NW, 11th Floor <br> Washington, DC 20001 <br> Tel: (202) 538-8000 <br> Fax: (202) 538-8100 <br> paulbrinkman@quinnemanuel.com <br> jarednewton@quinnemanuel.com <br><br> *Attorneys for defendant SawStop, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2017, the foregoing JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE was electronically filed using the Court's ECF system, which will send an electronic copy of this filing to all counsel of record.

>  */s/ Eric S. Lucas*
>  Eric S. Lucas
>  *Counsel for plaintiff Robert Bosch Tool Corporation*